Friday,
December 10.

KEMP *v.* HARMAN and Others.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—The only point made in the brief in this case is, that the judgment is for too much. A calculation shows that it is about right. The note is for 570 dollars, the judgment was for 575 dollars, 70 cents. The note was due the 11th of *September*, and the judgment was rendered on the 15th of *November* following. The note was on interest two months and four days. The interest for two months would be 5 dollars, 70 cents, and for four days 38 cents. The judgment, therefore, should have been for 576 dollars, 8 cents; but it is affirmed with costs and 10 per cent. damages. *De minimis non curat lex.*

The judgment is affirmed, with 10 per cent. damages and costs.

*D. Moss*, for the appellant.

*J. W. Gordon*, *A. H. Conner*, and *L. Develin*, for the appellees.